✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  OHIO

UNITED STATES OF AMERICA

V.

WILLIAM DAVENPORT DEFOOR

**NOTICE**

CASE NUMBER: 1:26-cr-00001

TYPE OF CASE:

☐ **CIVIL**   ☑ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO | Courtroom #5, Room 701 |
| | DATE AND TIME |
| | January 20, 2026 at 1:30 p.m.* |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT ON INDICTMENT BEFORE MAGISTRATE JUDGE STEPHANIE K. BOWMAN (*PREVIOUSLY SET FOR PRELIMINARY HEARING)

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/14/2026

DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:

COUNSEL
USMS
PRETRIAL SERVICES
PROBATION