**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                    **Case No. 1:26-cr-1**

    **v.**

                                    **JUDGE DOUGLAS R. COLE**

**WILLIAM DAVENPORT DEFOOR,**

        **Defendant.**

## ORDER

This cause came before the Court for a Telephone Status Conference on March 16, 2026, at 9:30 a.m. before Judge Douglas R. Cole. The parties advised the Court that discovery has been provided. Defense counsel requested a 45-day continuance to explore Defendant's competence and potential resolution. The parties agreed to a follow-up Telephone Status Conference on May 4, 2026, at 10:00 a.m. There were no objections to the speedy trial clock being tolled through the date of the status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent defense counsel from reviewing discovery, exploring Defendant's competence and potential resolution, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds

the period of time elapsing from March 16, 2026, until May 4, 2026, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

March 16, 2026
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**